IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Al Isreal Rose, | NO. C 06-02845 JW |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Ken Reggio, | |
| Defendant. | |

On April 26, 2006, Plaintiff filed this Complaint. On May 17, 2006, the Court granted Plaintiff leave to proceed in *forma pauperis*. However, pursuant to 28 U.S.C § 1915(e)(2), the Court conducted a review of the Complaint and dismissed the Complaint with leave to amend. (See Docket Item No. 4.) The Court ordered Plaintiff to file an Amended Complaint within 30 days of the date of the Order. (Id.) To date, well over three years later, Plaintiff has not amended his Complaint or otherwise communicate with the Court. Mails sent to the address provided on the Complaint have been returned to the Court as "undeliverable." (See Docket Item Nos. 6, 8.)

It appears that Plaintiff has abandoned this litigation. Accordingly, the Court dismisses this action without prejudice. The Clerk shall close this file.

Dated: September 30, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Al Isreal Rose
PO Box 330133
San Francisco, CA 94133

**Dated: September 30, 2009**          **Richard W. Wieking, Clerk**

                                                     **By:    /s/ JW Chambers**
                                                            **Elizabeth Garcia**
                                                            **Courtroom Deputy**

**United States District Court**
For the Northern District of California